IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY KIRBY**  **PLAINTIFF**
**ADC #661406**

v.  No: 4:23-cv-00206-BRW-PSH

**RAMONA HUFF,** *et al.*  **DEFENDANTS**

## ORDER

On May 1, 2023, the Court ordered plaintiff Billy Kirby to provide the correct name for the WellPath employee previously identified as LPN Holy (Doc. No. 7). Kirby subsequently informed the Court that the defendant's name may be Hollie Bolling (Doc. Nos. 24 & 26). On August 4, 2023, the Court informed Kirby that a representative of WellPath had informed the Court that there is no employee with a similar name in their database; Kirby was given additional time to properly name this defendant (Doc. No. 28).

Kirby now moves to amend his complaint to name the defendant as Ms. Hollie Smith-Bolling (Doc. No. 29). A Wellpath representative has since confirmed it has employed Hollie Shannon Bolling. Accordingly, the Clerk of Court is directed to correct the docket sheet to change defendant Holy's name to Hollie Shannon Bolling. Kirby's motion to amend is DENIED because it is not necessary to amend

his complaint to correct a defendant's name, and he has not attached a complete proposed amended complaint in any case.  *See* Doc. No. 23.

The Clerk of the Court is directed to prepare a summons for Bolling, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 5), and summons on her without prepayment of fees and costs or security therefor.  Bolling should be served at Hardin, Jesson & Terry, PLC, Post Office Box 10127, Fort Smith, AR 72903-0127.[1]

IT IS SO ORDERED this 28th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If a defendant is no longer an employee of WellPath, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.