IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY KIRBY**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #661406**

v.　　　　　　　　　　No: 4:23-cv-00206-BRW-PSH

**RAMONA HUFF,** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff Billy Kirby filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 17, 2023, while incarcerated (Doc. No. 1). On August 14, 2024, Kirby updated his address indicating he had been released. *See* Doc. No. 65. The Court ordered Kirby to submit an *in forma pauperis* ("IFP") application which reflects his free-world financial status (Doc No. 66). Kirby filed an IFP application on August 27, 2024 (Doc. No. 67).

Under the Prison Litigation Reform Act ("PLRA"), a prisoner who is permitted to file a civil action IFP still must pay the full statutory filing fee of $350.00. 28 U.S.C. § 1915(b)(1). Kirby's resubmitted IFP shows that he has no income and no funds with which to pay the filing fee; accordingly, his request to proceed IFP is GRANTED. Kirby remains responsible for payment of the filing fee for this action.

IT IS SO ORDERED this 27th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE