IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY KIRBY**                                                                                                          **PLAINTIFF**

v.                                        Case No: 4:23-cv-00206-JM-PSH

**HOLLIE SHANNON BOLLING,** *et al.*                                                    **DEFENDANTS**

### ORDER

Plaintiff Billy Kirby filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 17, 2023 (Doc. No. 1) and an amended complaint on April 7, 2023 (Doc. No. 5). In its initial order to Kirby, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address; the Court also notified Kirby that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice. *See* Doc. No. 2.

On October 10, 2025, mail sent to Kirby at his address of record was returned undeliverable. *See* Doc. No. 86. The same day, the Court entered a text order directing Kirby to provide notice of his current mailing address by no later than thirty days from the entry of the October 10 text order (Doc. No. 87). He was warned that his failure to provide a current mailing address may cause his complaint to be dismissed. A printed version of the text order was sent to Kirby at his address of record but was returned as undeliverable. *See* Doc. No. 88.

Kirby has not complied with or otherwise responded to the October 10 order, and the time to do so has passed. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power

to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore ordered that Kirby's claims are dismissed without prejudice, and the pending motions for summary judgment (Doc. Nos. 79, 82) are denied as moot.

DATED this 14th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE