IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY KIRBY**                                                                            **PLAINTIFF**

**v.**                             **Case No: 4:23-cv-00206-JM**

**HOLLIE SHANNON BOLLING,** *et al.*                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 14th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE